


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2023
SEPTEMBER 10, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-151

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

BEECHER LEE SHULER

# I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about June 21, 2023, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant BEECHER LEE SHULER knowingly and intentionally distributed a quantity of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about July 1, 2023, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant BEECHER LEE SHULER knowingly and intentionally possessed with intent to distribute quantities of oxycodone and cocaine, both Schedule II controlled substances, and protonitazene, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about July 1, 2023, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant BEECHER LEE SHULER knowingly possessed the following firearms:

    a.    a loaded Glock, 9mm pistol;

    b.    a loaded Sig Sauer, 9mm pistol;

    c.    a loaded Beretta, .22 caliber pistol; and

    d.    a loaded FN, 9mm pistol,

in furtherance of a drug trafficking crime for which defendant BEECHER LEE SHULER may be prosecuted in a court of the United States, that is, possession with intent to distribute quantities of oxycodone and cocaine, both Schedule II controlled substances, and protonitazene, a Schedule I controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**NOTICE OF FORFEITURE**

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

Pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant BEECHER LEE SHULER of the offense(s) in violation of 21 U.S.C. § 841(a)(1) as as charged in Counts One and Two of the Indictment, or 18 U.S.C. § 924(c)(1)(A) as charged in Count Three of the Indictment, defendant BEECHER LEE SHULER shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense(s), including but not limited to the following:

a. a loaded Glock, 9mm pistol, Serial No. BTYL325;

b. a loaded Sig Sauer, 9mm pistol, Serial No. 66F534824;

c. a loaded Beretta, .22 caliber pistol Serial No. BER82468T; and

d. a loaded FN, 9mm pistol, Serial No. GKS0285947.

WILLIAM S. THOMPSON
United States Attorney

By: _____
JOSEPH F. ADAMS
Assistant United States Attorney