# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

~~SEALED~~

| | | |
|---|---|---|
| United States of America<br>v.<br>BEECHER LEE SHULER<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:24-CR-00151 |

**FILED OCT - 1 2024**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

REC'D USMS HUNTINGTON, WV
SEP 10 2024 PM 12:13

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BEECHER LEE SHULER                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 USC 841(a)(1) - distribution of fentanyl
Count 2 - 21 USC 841(a)(1) - possession with intent to distribute oxycodone, cocaine and protonitazene
Count 3 - 18 USC 924(c)(1)(A) - possession of firearms in furtherance of a drug trafficking crime

Date: 09/10/2024                                                    *Roy L. Rey #/SKM*
                                                                     *Issuing officer's signature*

City and state: Huntington, WV                                       Rory L. Perry II, Clerk of Court
                                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* 9/10/2024, and the person was arrested on *(date)* 10/1/2024
at *(city and state)* Huntington, WV.

Date: 10/1/2024                                                     *[signature]*
                                                                     *Arresting officer's signature*

                                                                     Georgia Marshall, SA
                                                                     *Printed name and title*