# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 1/13/2025 | Case Number: | 3:24-cr-00151 |
| Case Style: | USA vs. Beecher Lee Shuler | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Joseph Adams

Attorney(s) for the Defendant(s):

Wesley Page

| | | | |
|---|---|---|---|
| Law Clerk: | Sandy Slack | | |
| Probation Officer: | Heather Edwards | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:30 PM | 1:52 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 22 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 1:30 p.m.
Hearing commences 1:30 p.m.

Defendant present in person and by counsel for a plea to count one of the Indictment.

Defendant placed under oath.

Court finds Defendant is competent and capable of entering an informed plea.

Defendant's counsel summarizes plea agreement.
Court defers acceptance of plea agreement, but orders original plea agreement filed.

Court reads charge to which the defendant is pleading.

Defendant pleads guilty.

Court reads pertinent portions of statute with which Defendant is charged.
Court advises Defendant of elements of offense which Government would have to prove at trial.
Defendant gives his account of the offense.

Testimony of Georgia Marshall, offers evidence of what Government would be able to prove at trial.
Court finds sufficient factual basis for Defendant's plea.

Defendant advised of the penalties which may apply based upon the plea.
Court finds that Defendant understands the nature of the charges and consequences of the plea.
Court finds that Defendant understands the constitutional and other legal rights being given up.
Court finds Defendant's plea to be voluntary.

Defendant executes written guilty plea form; same Ordered filed.

Court accepts the plea.
Court adjudges Defendant guilty.

PSR to all counsel and defendant 03/17/25
PSR objections 03/31/25
PSR to Court 04/14/25

Memorandum 04/21/25
Sentencing 04/28/25 at 1:30 p.m.

Defendant released on previously executed bond.
Additional condition: that the defendant appear for sentencing as directed.

Hearing concluded 1:52 p.m.