# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:24-00151

BEECHER LEE SHULER

## WRITTEN PLEA OF GUILTY

In the presence of Wesley Page, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in count one of the Indictment.

DATE: 1-13-2025

*Beecher Shuler*
DEFENDANT

WITNESS:

*[signature]*
COUNSEL FOR DEFENDANT