UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
UNITED STATES OF AMERICA v. BEECHER LEE SHULER
DOCKET NO.: 3:24CR00151-1

PETITIONS FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE
PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

COMES NOW, Codie P. Blankenship, United States Probation Officer, presenting an official report upon the conduct of the defendant, Beecher Lee Shuler, who was released on pretrial supervision by the Honorable Joseph K. Reeder, United States Magistrate Judge in the Southern District of West Virginia on November 19, 2024. On January 13, 2025, the defendant appeared before the Honorable Robert C. Chambers, United States District Judge, for a plea hearing and was released upon the previously executed bond with the additional condition the defendant appear for sentencing as directed.

**Respectfully presenting petition for action of Court and for cause as follows:**

| Violation Number | Nature of Violation |
|---|---|
| 1. | **Violation of additional condition of release number 7(a): The defendant must submit to supervision by and report for supervision to the U.S. Probation Office as Directed:** |
| | On February 25, 2025, the defendant was directed to report to the United States Probation Office in Huntington, West Virginia, on February 26, 2025, at 10:00 a.m. The defendant failed to report as directed. |
| | On March 3, 2025, the defendant was directed to report to the United States Probation Office in Huntington, West Virginia, on March 12, 2025, at 10:00 a.m. The defendant failed to report as directed. |
| | On March 13, 2025, a letter was mailed to the defendant's residence of record, directing them to report to the United States Probation Office in Huntington, West Virginia, on March 19, 2025, at 10:00 a.m. The defendant failed to report as directed. |
| 2. | **Violation of additional condition of release number 7(o): The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer:** |
| | On November 22, 2024, the defendant began inpatient substance abuse |

treatment at Recovery Point in Huntington, West Virginia. On February 13, 2025, the defendant was discharged from the program after leaving on their own accord.

3. **<u>Violation of modified condition of release: The defendant's bond is modified to reflect that she participate in and successfully complete the recovery program at The Lifehouse in Huntington, WV, in lieu of the program at Recovery Point as originally provided, and instead of the program at Newness of Life as previously requested:</u>**

On February 17, 2025, the defendant began treatment at the Lifehouse inpatient substance abuse treatment program in Huntington, West Virginia. On February 24, 2025, the defendant was discharged from the program for being disrespectful to clients and failure to follow program rules.

PRAYING THAT THE COURT WILL issue a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Codie P. Blankenship
United States Probation Officer
March 19, 2025

**THE PROBATION OFFICER RESPECTFULLY REQUESTS THE PETITION AND WARRANT BE SEALED PENDING EXECUTION**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Warrant. The Petition and Warrant be SEALED until the defendant is arrested. No further order shall be needed to unseal same once the offender has been arrested. A copy of this Order to be sent to the U.S. Probation Office, U.S. Attorney's Office, and the U.S. Marshals Service.
[ ] The Issuance of a Summons
[ ] Other

_____
The Honorable Robert C. Chambers
United States District Judge

3/20/25
_____
Date