# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 5/5/2025 | Case Number: | 3:24-cr-00151 |
| Case Style: | USA vs. Beecher Lee Shuler | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Joseph Adams

Attorney(s) for the Defendant(s):

Wesley Page

| | |
|---|---|
| Law Clerk: | Sandy Slack |
| Probation Officer: | Erin Stone, Codie Blankenship |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:31 PM | 1:52 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 21 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 1:30 p.m.
Hearing commences 1:31 p.m.

Defendant present in person and with counsel pursuant to a plea to count one of the Indictment.
Defendant placed under oath.

Court addresses Presentence Report and objection.
Court adopts Presentence Report.
Probation to file Presentence Report under seal.

Court accepts plea agreement.

Court makes findings re: applicable U.S.S.G ranges.
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.

Comments of Defendant.

Custody        72 months
The Court recommends:
that the defendant be housed as close to Huntington, WV, as possible;
that the defendant be allowed to participate in a Comprehensive Drug Abuse Treatment Program and receive medically assisted treatment;
that the defendant be evaluated and treated for any physical and mental health conditions.

Supervised Release        3 years
The defendant will comply with the standard terms and conditions of supervised release as recommended by the U.S. Sentencing Commission and as adopted by this Court, including the condition that she shall participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the Probation Officer.

special conditions of supervised release:
-the defendant will participate in a mental health treatment program and follow the rules and regulations of the program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program.

- the defendant shall submit her person, property, house, residence, vehicle, papers, or office to a search conducted by a United States probation officer when there is reasonable suspicion that the defendant has violated a condition of supervision. Prior to the search, the Probation Officer must obtain approval for the search from the Court. The search must be conducted at a

reasonable time and in a reasonable manner. The defendant shall inform other occupants that the premises may be subject to searches pursuant to this condition.

Pursuant to the plea agreement, the defendant shall forfeit to the United
States any and all interest in the following items seized on July 1, 2023:
a Glock, 9mm pistol,
a Sig Saucer, 9mm pistol,
a Baretta, .22 caliber pistol,
a FN, 9mm pistol,
all magazines and ammunition, and
$1,111.
A forfeiture order has been entered.

Pursuant to the plea agreement, the defendant also releases, relinquishes, waives and abandons all right, title, and interest she may have in the following additional items seized on July 1, 2023:
a Harrison and Richardson shotgun and
a Reign Ordanance rifle.

Special Assessment $100 due immediately
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

Court advises Defendant of appeal rights.

The Court grants the oral motion of United States to dismiss counts two and three.

The Court denies the Petition for Action on Conditions of Pretrial Release as moot.
Defendant detained.

Hearing concluded 1:52 p.m.